NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THE EVA CLAIRE CORPORATION, a
Florida Corporation,

        Appellant,

v.

MID-CONTINENT CASUALTY COMPANY,
a Foreign Corporation,

        Appellee.

Case No. 2D18-450

Opinion filed December 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Rex M. Barbas,
Judge.

Trenton H. Cotney, Brian K. Oblow, Marci E.
Britt and Daniel R. Auerbach of Cotney
Construction Law, LLP, Tampa, for
Appellant.

Maureen G. Pearcy, Ronald L. Kammer
and Pedro E. Hernandez of Hinshaw &
Culbertson, LLP, Coral Gables, for
Appellee.

PER CURIAM.

        Affirmed.

SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.